Peter Kristofer Strojnik, State Bar No. 242728
strojnik@skplaw.com
**THE STROJNIK FIRM LLC**
**A LIMITED LIABILITY COMPANY**
Esplanade Center III, Suite 700
2415 East Camelback Road
Phoenix, Arizona 85016
Telephone: (602) 510-9409
Facsimile: (602) 773-0370

Attorneys for Plaintiff THERESA BROOKE

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THERESA BROOKE, a married woman dealing with her sole and separate claim, | Case No: 5:17-cv-03052-HRL |
| Plaintiff, | |
| vs. | **NOTICE OF ERRATA RE: INCORRECTLY-NAMED DEFENDANTS IN DOC. 1 COMPLAINT** |
| PRAFUL AND RANJAN P. PATEL, individuals dba Best Western Inn, | |
| Defendant. | |

   NOTICE IS HEREBY GIVEN that Plaintiff made in error in the filing of the Doc. 1 Complaint, but all other initial case documents were correctly submitted. Plaintiff wanted to file a lawsuit against Praful and Ranjan P. Patel in the Complaint, as reflected in the Doc. 2 Summons. However, Plaintiff incorrectly named the Defendant in Doc. 1 Complaint as "Pasatiempo". This was an error. The lawsuit is against Praful and Ranjan P. Patel.

   Thereafter, the Clerk took it upon itself to change the entire case name to Brooke v. Pasatiempo. This is incorrect. The case name should be Brooke v. Patel et al. since

1 Plaintiff made an error in the Doc. 1 Complaint incorrectly naming "Pasatiempo" as the
2 defendant.
3     To correct this error, Plaintiff is concurrently lodging the correct Complaint,
4 which correctly names "Praful and Ranjan P. Patel" as the Defendants. All other initial
5 case document submissions, the summons and cover sheet, correctly identified the Patel
6 defendants.
7     Plaintiff asks that the Court change the case name back to Brooke v. Patel et al.
8 (as reflected in the caption above) and issue the Doc. 2 summons as drafted, with the
9 newly lodged Complaint as the operative complaint.

12     RESPECTFULLY SUBMITTED this 31st day of May, 2017.

14     **THE STROJNIK FIRM L.L.C.**

17 Peter Kristofer Strojnik (242728)
18 2415 East Camelback Road, Suite 700
   Phoenix, Arizona 85016
19 Attorneys for Plaintiff

2